In the Matter of the Accounting of LEONARD ROSIN, as Executor of WILLIAM LOMBARDI, Deceased, Appellant. FRANK LOMBARDI et al., Respondents.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.